The People of the State of New York, Respondent, v. Nick Fiscella, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting him of bookmaking and from the sentence to pay a fine of $50 or to serve ten days in the city prison. The fine was paid. Judgment reversed on the law and the facts, information dismissed, and fine directed to be remitted. The evidence was insufficient to establish the guilt of the defendant beyond a reasonable doubt. No appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

■

Rano Construction Corporation, Appellant-Respondent, v. Emil Morton et al., Respondents-Appellants.— In an action to recover the deposit paid on account of the purchase price for the sale of real property, defendants counterclaimed for damages for the breach of that contract by plaintiff. After trial, without a jury, the court dismissed the complaint and the counterclaim on the merits. Plaintiff and defendants appeal from the judgment entered thereon. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.